1    ORRICK, HERRINGTON & SUTCLIFFE LLP        KRONENBERGER ROSENFELD, LLP
     AMY K. VAN ZANT (SBN 197426)              KARL S. KRONENBERGER (SBN 226112)
2    avanzant@orrick.com                       karl@KRInternetLaw.com
     JASON K. YU (SBN 274215)                  JEFFREY M. ROSENFELD (SBN 222187)
3    jasonyu@orrick.com                        jeff@KRInternetLaw.com
     TAMMY SU (SBN 329652)                     LIANA W. CHEN (SBN 296965)
4    tsu@orrick.com                            liana@KRInternetLaw.com
     1000 Marsh Road                           RUBEN PEÑA (SBN 328106)
5    Menlo Park, CA  94025-1015                ruben@KRInternetLaw.com
     Telephone:    (650) 614 7400              150 Post Street, Suite 520
6    Facsimile:    (650) 614 7401              San Francisco, CA  94108
                                               Telephone:   (415) 955 1155
7    Attorneys for Plaintiff                   Facsimile:   (415) 955 1158
     TRADESHIFT, INC.
8                                              Attorneys for Defendant
                                               BUYERQUEST, INC.
9

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13

14   TRADESHIFT, INC., a Delaware corporation,      Case No. 3:20-cv-1294-RS

15                Plaintiff,                         **JOINT REPORT REGARDING THE
                                                     STATUS OF THE CASE**
16          v.

17   BUYERQUEST, INC., an Ohio corporation,

18                Defendant.

19

20

21

22

23

24

25

26

27

28

1   Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet

2   and confer to discuss the possibility of settlement, the parties submit this joint report.  The parties

3   engaged in a meet and confer on June 5, 2020 to discuss the possibility of settlement.  The result

4   of the meet and confer was as follows:

5       Although the case did not settle, the parties have agreed to proceed with private

6   mediation.  The parties have selected Randall Wulff as a mediator and will be attending

7   mediation in person or via video conference in August or September 2020.

8

9

10  Dated: June 15, 2020                         By:   */s/ Amy K. Van Zant*
                                                       AMY K. VAN ZANT
11

12                                                     Attorneys for Plaintiff
                                                       TRADESHIFT, INC.
13

14  Dated: June 15, 2020                         By:   */s/ Karl S. Kronenberger*
                                                       KARL S. KRONENBERGER
15
                                                       Attorneys for Defendant
16                                                     BUYERQUEST, INC.

17

18                         **ATTESTATION**

19      I attest that, under Civil Local Rule (5-1)(i)(3), I have obtained concurrence in the filing of

20  this document from all Signatories.

21  Dated: June 15, 2020                         Orrick, Herrington & Sutcliffe LLP

22

23                                               By:   */s/ Amy K. Van Zant*
                                                       AMY K. VAN ZANT
24

25                                                     Attorneys for Plaintiff
                                                       TRADESHIFT, INC.
26

27

28

JOINT REPORT REGARDING
THE STATUS OF THE CASE
CASE NO. 3:20-CV-1294-RS