| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>AMY K. VAN ZANT (SBN 197426)<br>avanzant@orrick.com<br>JASON K. YU (SBN 274215)<br>jasonyu@orrick.com<br>TAMMY SU (SBN 329652)<br>tsu@orrick.com<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:    (650) 614 7400<br>Facsimile:     (650) 614 7401<br><br>Attorneys for Plaintiff<br>TRADESHIFT, INC. | Craig J. Mariam (SBN: 225280)<br>cmariam@grsm.com<br>Anthony D. Phillips (SBN: 259688)<br>aphillips@grsm.com<br>Eunice J. Liao (SBN: 330655)<br>eliao@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (877) 306-0043<br><br>Attorneys for Defendant<br>BUYERQUEST, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>BUYERQUEST, INC., an Ohio corporation,<br><br>                Defendant. | Case No. 3:20-cv-1294-RS<br><br>**JOINT STATEMENT IN ADVANCE OF FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:     January 28, 2020<br>Time:    10:00 a.m.<br>Place:   Telephonic<br>Judge:  Honorable Richard Seeborg |

Tradeshift, Inc. ("Tradeshift") and BuyerQuest, Inc. ("BuyerQuest") submit this Joint Case Management Statement in supplementation of their May 27, 2020 Joint Case Management Statement and Rule 26(f)(1) Report (D.E. 31) and in advance of the January 28, 2021 Further Case Management Conference pursuant to Civil Local Rule 16-10, and paragraph 6 of the Initial Case Management Scheduling Order in this action (D.E. 36).

**1.   PLEADINGS**

The pleadings have been settled and the case is at issue. Tradeshift filed its complaint alleging interference with contract, breach of contract, and breach of the implied covenant of good faith and fair dealing on February 20, 2020. (D.E. 1). BuyerQuest filed its Answer June 3, 2020.

**2.   ALTERNATIVE DISPUTE RESOLUTION**

On August 26, 2020, the parties engaged in private mediation but did not reach a settlement.

**3.   DISCOVERY AND DISCOVERY MOTIONS**

The parties are presently actively engaged in discovery. The parties have exchanged document requests, interrogatories, requests for admission, and responses thereto. BuyerQuest produced approximately 10,000 documents between July 23 and September 3, 2020. Tradeshift produced approximately 750 documents on September 9, 2020 and, pursuant to conferral discussions, produced an additional 3,919 documents on December 31, 2020 and another 1,316 on January 15, 2021. The parties are conferring respecting outstanding document production issues and follow up.

The parties have been conferring regarding a stipulation and protocol for taking depositions in the case remotely and a schedule for those depositions. The parties have noticed or expressed intent to notice at least 10 depositions. No depositions have been formally agreed upon yet but the parties expect to begin depositions in early February and are working to schedule them to be completed before the fact discovery cut-off.

The parties have conferred on various discovery disputes and have identified several issues that are ripe for adjudication or expected to be ready for adjudication soon. Pursuant to paragraph 4 of the Initial Case Management Order (D.E. 36), the parties filed a joint discovery letter describing the first such dispute (D.E. 46) and the Court referred the dispute to Magistrate Judge Hixson. If unable to reach a compromise, the parties expect to submit additional disputes in a manner consistent with Magistrate Judge Hixson's standing order.

## 4. CASE SCHEDULE

The parties agree that additional time would facilitate the completion of discovery and full development of the factual record as well as allow the parties to resolve the remaining discovery disputes with the Magistrate Judge and complete depositions. The parties proposed amended dates are presented below and reflected in the concurrently filed Stipulation and Proposed Order to Modify Discovery Deadlines.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | February 19, 2021 | March 22, 2021 |
| Opening Expert Reports | March 26, 2021 | April 26, 2021 |
| Rebuttal Expert Reports | April 23, 2021 | May 24, 2021 |
| Expert Discovery Cutoff | May 28, 2021 | June 21, 2021 |
| Dispositive Motion Hearing | August 5, 2021 | No Change |
| Pretrial Conference | October 20, 2021 | No Change |
| Trial | November 1, 2021 | No Change |

Dated: January 21, 2021     By:   */s/ Amy K. Van Zant*
                                  AMY K. VAN ZANT
                                  Attorneys for Plaintiff
                                  TRADESHIFT, INC.

Dated: January 21, 2021     By:   */s/ Anthony Phillips*
                                  ANTHONY PHILLIPS
                                  Attorneys for Defendant
                                  BUYERQUEST, INC.

## **ATTESTATION**

I attest that, under Civil Local Rule (5-1)(i)(3), I have obtained concurrence in the filing of this document from all signatories.

*/s/ Amy K. Van Zant*
Amy K. Van Zant

1220641/55990234v.2
4160-1911-7098

JOINT STATEMENT IN ADVANCE OF FURTHER
CASE MANAGEMENT CONFERENCE
CASE NO. 3:20-CV-1294-RS