| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>AMY K. VAN ZANT (SBN 197426)<br>avanzant@orrick.com<br>JASON K. YU (SBN 274215)<br>jasonyu@orrick.com<br>TAMMY SU (SBN 329652)<br>tsu@orrick.com<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:    (650) 614 7400<br>Facsimile:     (650) 614 7401 | Craig J. Mariam (SBN: 225280)<br>cmariam@grsm.com<br>Anthony D. Phillips (SBN: 259688)<br>aphillips@grsm.com<br>Eunice J. Liao (SBN: 330655)<br>eliao@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (877) 306-0043 |
| Attorneys for Plaintiff<br>TRADESHIFT, INC. | Attorneys for Defendant<br>BUYERQUEST, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>       v.<br><br>BUYERQUEST, INC., an Ohio corporation,<br><br>           Defendant. | Case No. 3:20-cv-1294-RS<br><br>**STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES** |

STIPULATION AND [PROPOSED] ORDER
TO MODIFY DISCOVERY DEADLINES
CASE NO. 3:20-CV-1294-RS

4158-4545-2587

**STIPULATION TO MODIFY DISCOVERY DEADLINES**

Tradeshift, Inc. ("Tradeshift") and BuyerQuest, Inc. ("BuyerQuest"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court issued an Initial Case Management Order on June 2, 2020 (DE 36) identifying certain deadlines for fact discovery, expert reports, expert discovery, and dispositive motions;

WHEREAS, the parties have engaged and continue to engage in good faith conferrals regarding discovery disputes;

WHEREAS, the parties have submitted one discovery dispute to the Magistrate Judge for resolution and expect to submit at least one additional issue to the Magistrate Judge for resolution;

WHEREAS, the parties believe they will need additional time to resolve their discovery disputes and complete depositions and, as a result, have stipulated to a proposed revised schedule for completing discovery,

WHEREAS, the parties' proposed revised schedule will not alter the trial date in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record and subject to the approval of the Court, that the dates in the June 2, 2020 Initial Case Management Order shall be modified as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Fact Discovery Cutoff | February 19, 2021 | March 22, 2021 |
| Opening Expert Reports | March 26, 2021 | April 26, 2021 |
| Rebuttal Expert Reports | April 23, 2021 | May 24, 2021 |
| Expert Discovery Cutoff | May 28, 2021 | June 21, 2021 |
| Dispositive Motion Hearing | August 5, 2021 | No Change |
| Pretrial Conference | October 20, 2021 | No Change |
| Trial | November 1, 2021 | No Change |

| Dated: January 21, 2021 | By: | */s/ Amy K. Van Zant* |
|---|---|---|
| | | AMY K. VAN ZANT<br>Attorneys for Plaintiff<br>TRADESHIFT, INC. |
| Dated: January 21, 2021 | By: | */s/ Anthony Phillips* |
| | | ANTHONY PHILLIPS<br>Attorneys for Defendant<br>BUYERQUEST, INC. |

### ATTESTATION

I attest that, under Civil Local Rule (5-1)(i)(3), I have obtained concurrence in the filing of this document from all Signatories.

*/s/ Amy K. Van Zant*
Amy K. Van Zant

**IT IS SO ORDERED**

Dated:   January 21, 2021

RICHARD SEEBORG
United States District Judge