| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>AMY K. VAN ZANT (SBN 197426)<br>avanzant@orrick.com<br>JASON K. YU (SBN 274215)<br>jasonyu@orrick.com<br>TAMMY SU (SBN 329652)<br>tsu@orrick.com<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:     (650) 614 7400<br>Facsimile:      (650) 614 7401<br><br>Attorneys for Plaintiff<br>TRADESHIFT, INC. | GORDON REES SCULLY MANSUKHANI, LLP<br>CRAIG J. MARIAM (SBN 225280)<br>cmariam@grsm.com<br>ANTHONY D. PHILLIPS (SBN 259688)<br>aphillips@grsm.com<br>EUNICE J. LIAO (SBN 330655)<br>eliao@grsm.com<br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:     (415) 986-5900<br>Facsimile:      (877) 306-0043<br><br>Attorneys for Defendant<br>BUYERQUEST, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BUYERQUEST, INC., an Ohio corporation,<br><br>        Defendant. | Case No. 3:20-cv-1294-RS<br><br>**STIPULATION AND  ORDER TO MODIFY CASE SCHEDULE**<br> **AS MODIFIED BY THE COURT** |

# STIPULATION TO MODIFY CASE SCHEDULE

Tradeshift, Inc. ("Tradeshift") and BuyerQuest, Inc. ("BuyerQuest"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court issued an Initial Case Management Order on June 2, 2020 (ECF 36) identifying certain deadlines for fact discovery, expert reports, expert discovery, and dispositive motions;

WHEREAS, pursuant to the Stipulation of the parties, on January 21, 2021 (ECF 52), the Court entered an Order modifying certain discovery deadlines set by the Initial Case Management Order;

WHEREAS, the parties have engaged and continue to engage in good faith conferrals regarding discovery and preparation of the case for trial;

WHEREAS, the parties agree they will need additional time to complete depositions and, as a result, have stipulated to a proposed revised schedule for completing discovery,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record and subject to the approval of the Court, that the dates in the January 21, 2021 Stipulation and Order to Modify Discovery Deadlines shall be modified as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Fact Discovery Cutoff for written discovery and production of documents. | March 22, 2021 | April 2, 2021 |
| Fact Discovery Cutoff for non-expert depositions. | March 22, 2021 | April 30, 2021 |
| Opening Expert Reports | April 26, 2021 | May 14, 2021 |
| Rebuttal Expert Reports | May 24, 2021 | June 11, 2021 |
| Expert Discovery Cutoff | June 21, 2021 | July 9, 2021 |
| Dispositive Motion Hearing | August 5, 2021 | September 9, 2021 |
| Pretrial Conference | October 20, 2021 | No Change |

| Trial | November 1, 2021 | No Change[1] |

Dated: February 19, 2021     By:   */s/ Amy K. Van Zant*
AMY K. VAN ZANT
Attorneys for Plaintiff
TRADESHIFT, INC.

Dated: February 19, 2021     By:   */s/ Anthony Phillips*
ANTHONY PHILLIPS
Attorneys for Defendant
BUYERQUEST, INC.

## ATTESTATION

I attest that, under Civil Local Rule (5-1)(i)(3), I have obtained concurrence in the filing of this document from all Signatories.

*/s/ Jason K. Yu*
Jason K. Yu

**IT IS SO ORDERED**

Dated: 2/19/2021

RICHARD SEEBORG
Chief United States District Judge

[1]