UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BUYERQUEST, INC.,<br><br>    Defendant. | Case No. 20-cv-01294-RS  (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 69 |

Defendant BuyerQuest, Inc. and non-party Jack Mulloy filed a unilateral discovery letter brief at ECF No. 69. The Court orders Plaintiff Tradeshift to file its response by April 9, 2021.

**IT IS SO ORDERED.**

Dated: April 7, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge