# EXHIBIT 8



From: **Jack Mulloy** <jackmulloy@gmail.com>
Date: Tue, Oct 22, 2019 at 11:48 AM
Subject: Glassdoor comments
To: <jmbarr@live.com>

Jason,

Between you and me.......Attached are four of the recent glassdoor posts that gave me pause.

Thanks,
Jack