1
2
3
4
5
6

ORRICK, HERRINGTON & SUTCLIFFE LLP
AMY K. VAN ZANT (SBN 197426)
avanzant@orrick.com
JASON K. YU (SBN 274215)
jasonyu@orrick.com
TAMMY SU (SBN 329652)
tsu@orrick.com
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    (650) 614 7400
Facsimile:     (650) 614 7401

GORDON REES SCULLY MANSUKHANI, LLP
CRAIG J. MARIAM (SBN 225280)
cmariam@grsm.com
ANTHONY D. PHILLIPS (SBN 259688)
aphillips@grsm.com
EUNICE J. LIAO (SBN 330655)
eliao@grsm.com
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:    (415) 986-5900
Facsimile:     (877) 306-0043

7
8

Attorneys for Plaintiff
TRADESHIFT, INC.

Attorneys for Defendant
BUYERQUEST, INC.

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRADESHIFT, INC., a Delaware corporation,

Plaintiff,

v.

BUYERQUEST, INC., an Ohio corporation,

Defendant.

Case No. 3:20-cv-1294-RS

**STIPULATION AND ORDER TO
MODIFY CASE SCHEDULE**

## STIPULATION TO MODIFY CASE SCHEDULE

Tradeshift, Inc. ("Tradeshift") and BuyerQuest, Inc. ("BuyerQuest"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court issued an Initial Case Management Order on June 2, 2020 (ECF 36) identifying certain deadlines for fact discovery, expert reports, expert discovery, and dispositive motions;

WHEREAS, pursuant to the Stipulation of the parties, on January 21, 2021 (ECF 52), the Court entered an Order modifying certain discovery deadlines set by the Initial Case Management Order;

WHEREAS, pursuant to further Stipulation of the parties, on February 19, 2021 (ECF 60), the Court entered an Order further modifying certain discovery deadlines;

WHEREAS, the parties have engaged and continue to engage in good faith conferrals regarding discovery and preparation of the case for trial;

WHEREAS, notwithstanding good faith efforts to schedule depositions, the parties agree they need additional time to complete depositions given certain scheduling conflicts and, as a result, have stipulated to a proposed revised schedule for completing discovery,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record and subject to the approval of the Court, that the dates in the February 19, 2021 Stipulation and Order to Modify Discovery Deadlines shall be modified as follows:

| Event | Current Deadline | |
|---|---|---|
| Last day to take non-expert deposition. | April 30, 2021 | May 15, 2021 |
| Opening Expert Reports | May 14, 2021 | June 4, 2021 |
| Rebuttal Expert Reports | June 11, 2021 | July 2, 2021 |
| Expert Discovery Cutoff | July 9, 2021 | July 23, 2021 |
| Dispositive Motion Hearing | September 9 | No Change |
| Pretrial Conference | October 20, 2021 | No Change |
| Trial | November 1, 2021 | No Change |

STIPULATION AND [PROPOSED] ORDER
TO MODIFY DISCOVERY DEADLINES
CASE NO. 3:20-CV-1294-RS

1 | Dated: May 6, 2021                    By:   */s/ Amy K Van Zant*
                                                 _____
2 |                                              AMY K. VAN ZANT
                                                 Attorneys for Plaintiff
3 |                                              TRADESHIFT, INC.

4 | Dated: May 6, 2021                    By:   */s/ Anthony Phillips*
                                                 _____
5 |                                              ANTHONY PHILLIPS
                                                 Attorneys for Defendant
6 |                                              BUYERQUEST, INC.

7 |

8 |                          **ATTESTATION**

9 |       I attest that, under Civil Local Rule (5-1)(i)(3), I have obtained concurrence in the filing of

10 | this document from all Signatories.

11 |                                              */s/ Jason K. Yu*
                                                 _____
12 |                                              Jason K. Yu

13 |

14 | **IT IS SO ORDERED**

15 | Dated: May 6, 2021

16 |

17 |                                              _____
                                                 RICHARD SEEBORG
18 |                                              Chief United States District
                                                 Judge

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |