# EXHIBIT 5

[CONDITIONALLY FILED UNDER SEAL]