# EXHIBIT 6

[CONDITIONALLY FILED UNDER SEAL]