Case 3:20-cv-01294-RS   Document 84   Filed 05/11/21   Page 1 of 1

FILED

May 11 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRADESHIFT, INC., | Case No. 20-cv-01294-RS (TSH) |
|---|---|
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| BUYERQUEST, INC., | Re: Dkt. No. 83 |
| Defendant. | |

On May 6, 2021, Tradeshift filed a discovery letter brief concerning interrogatories 11 and 14. ECF No. 83. The Court orders BuyerQuest to file a response by May 13, 2021.

**IT IS SO ORDERED.**

Dated: 5/11/2021

THOMAS S. HIXSON
United States Magistrate Judge