1  AMY K. VAN ZANT (STATE BAR NO. 197426)
   avanzant@orrick.com
2  JASON K. YU (STATE BAR NO. 274215)
   jasonyu@orrick.com
3  TAMMY SU (STATE BAR NO. 329652)
   tsu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
6  Facsimile:   +1 650 614 7401

7  Attorneys for Plaintiff
   TRADESHIFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUYERQUEST, INC., an Ohio corporation,<br><br>Defendant. | Case No. 3:20-cv-1294-RS<br><br>**PLAINTIFF TRADESHIFT, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION RE THIRD PARTY SMUCKER SERVICES CO.'S PRIVILEGE CLAIM PURSUANT TO FRCP 26(B)(5)(B).**<br><br>Hon. Richard Seeborg<br>Hon. Thomas Hixon |

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiff Tradeshift, Inc. ("Tradeshift") hereby moves to file under seal certain portions of Tradeshift's Letter Brief re Third Party Smucker Services Co.'s ("JMS") Privilege Claim Pursuant to Fed. R. Civ. P. 26(b)(5)(B). Specifically, pursuant to Local Rule 79-5(e), Tradeshift seeks to seal documents and information that Third Party JMS has designated as Confidential or Highly Confidential under the Protective Order issued in this case or documents and information over which JMS now claims privilege pursuant Fed. R. Civ. P. 26(b)(5)(B), including:

- Tradeshift's Letter Brief containing discussions of information that JMS has designated as Confidential or Highly Confidential and discussions of documents over which JMS claims attorney-client privilege.

- **Exhibit 1,** an email and attached memorandum, originally produced at TJMSC0034689-691, clawed back by JMS pursuant to Fed. R. Civ. P. 26(b)(5)(B).

- **Exhibit 7**, an email that Smucker produced at TJMSC0026002 and designated "Confidential"

- **Exhibit 8**, a document Smucker Produced at TJMSC0016646 and designated "Confidential"

- **Exhibit 9**, excerpts of the transcript of the May 12, 2021 Deposition of Jason Barr, which Smucker has designated "Confidential."

Pursuant to Local Rule 79-5(e), Tradeshift understands that JMS will file a declaration establishing that the designated documents are sealable. For the reasons stated in said declaration, Tradeshift respectfully requests the Court grant this motion to seal.

Dated: May 18, 2021     ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Amy K. Van Zant*
       AMY K. VAN ZANT

Attorneys for Plaintiff
TRADESHIFT, INC.

- 1 -

TRADESHIFT'S MOTION TO FILE UNDER SEAL RE MOTION RE THIRD PARTY SMUCKER SERVICES CO.'S PRIVILEGE CLAIM PURSUANT TO FRCP 26(B)(5)(B
CASE NO. 3:20-CV-1294-RS