Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Anthony D. Phillips (SBN: 259688)
aphillips@grsm.com
Eunice J. Liao (SBN: 330655)
eliao@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (877) 306-0043
Attorneys for Defendant
BUYERQUEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BUYERQUEST, INC., an Ohio corporation,<br><br>Defendant. | CASE NO. 3:20-cv-01294-RS<br><br>**BUYERQUEST, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO MOTION FOR SUMMARY JUDGMENT AND TO FILE REDACTED MOVING PAPERS**<br><br>*Declaration of Anthony D. Phillips, and [Proposed] Order filed concurrently herewith*<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3 (17th Floor)<br><br>Date: Sept. 9, 2021<br>Time: 1:30 p.m.<br><br>Complaint Filed: February 20, 2020<br>**Trial: November 1, 2021** |

Pursuant to Civil Local Rules 79-5 and 7-11, Defendant BuyerQuest, Inc. ("BuyerQuest") hereby moves to file under seal certain exhibits attached to the Declaration of Anthony D. Phillips in support of BuyerQuest's Motion for Summary Judgment and for leave to file a redacted version of its Motion for Summary Judgment that references confidential information contained in the exhibits.

Pursuant to Local Rule 79-5(e), BuyerQuest seeks to seal documents that have been designated Confidential and or Highly Confidential under the Protective Order in this case including:

- Exhibit A-1, a document Plaintiff Tradeshift, Inc. ("Tradeshift") produced, bates stamped TS_BQ_00000124-127 and designated Confidential.
- Exhibit A-2, a document Tradeshift produced, bates stamped TS_BQ_00000128-134 and designated Confidential.
- Exhibit A-3, a document Tradeshift produced, bates stamped TS_BQ_00000016-52 and designated Confidential.
- Exhibit B, a document Tradeshift produced, bates stamped TS_BQ_00000053-123 and designated Confidential.
- Exhibit C, a document Tradeshift produced, bates stamped TS_BQ_00031139 and designated Highly Confidential – Attorneys' Eyes Only.
- Exhibit D, a document Tradeshift produced, bates stamped TS_BQ_00004378 – 4411 and designated Confidential.
- Exhibit F, a document Tradeshift produced, bates stamped TS_BQ_00032640 and designated Highly Confidential – Attorneys' Eyes Only.

- Exhibit G, a document produced by Tradeshift, bates stamped TS_BQ_00007522 and designated Confidential.

- Exhibit H, a document Tradeshift produced, bates stamped TS_BQ_00006823-26 and designated Confidential.

- Exhibit I, excerpts of the April 20, 2021 deposition transcript of Jack Mulloy that involve testimony related to documents designated Confidential.

- Exhibit J, a document Tradeshift produced, bates stamped TS_BQ_00000160-161 and designated Confidential.

- Exhibit K, a document Tradeshift produced, bates stamped TS_BQ_00003056-3058 and designated Confidential.

- Exhibit L, a document Tradeshift produced, bates stamped TS_BQ_00001648-49 and designated Confidential.

- Exhibit M, excerpts of the May 11, 2021 deposition transcript of Debbie Gillman that involve testimony related to documents designated Confidential.

- Exhibit N, a document Tradeshift produced, bates stamped TS_BQ_00000001-3 and designated Confidential.

- Exhibit O, excerpts of the May 12, 2021 deposition transcript of Jason Barr, designated Confidential.

- Exhibit P, excerpts of the May 7, 2021 deposition transcript of Peter Van Pruissen that involve testimony related to documents designated Confidential.

- Exhibit Q, documents produced by Tradeshift and Smucker, bates stamped TS_BQ_00011627; TJMSC0002189-90; TJMSC0002194; and TJMSC0014709-11 and designated Confidential.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

- Exhibit R, excerpts of the May 13, 2021 deposition transcript of Christian Lanng that involve testimony related to documents designated Confidential.

- Exhibit T, a document BuyerQuest produced, bates stamped BQ000005 and designated Confidential.

- Exhibit U, a document Tradeshift produced, bates stamped TS_BQ_00012541-42 and designated Confidential.

- Exhibit V, a document Tradeshift produced, bates stamped TS_BQ_00031491 and designated Confidential.

- Exhibit V-1, excerpts of the April 14, 2021 deposition transcript of Dan Roehrs that involve testimony related to documents designated Confidential.

- Exhibit W, a document Tradeshift produced, bates stamped TS_BQ_00032419 and designated Confidential.

- Exhibit X, a document Tradeshift produced, bates stamped TS_BQ_00032518-19 and designated Confidential.

- Exhibit Y, excerpts of the April 16, 2021 deposition transcript of Luke Batman that involve testimony related to documents designated Confidential, including a document BuyerQuest produced, bates stamped BQ113492.

- Exhibit Z, a document produced by BuyerQuest, bates stamped BQ059229-235 and designated Confidential.

- Exhibit AA, a document produced by Tradeshift, bates stamped TS_BQ_00000006-7 and designated Confidential.

- Exhibit BB, excerpts of the April 29, 2021 deposition transcript of Sean Norton that involve testimony related to documents designated Confidential and Highly Confidential – Attorneys Eyes Only.

- Exhibit CC, relevant portions of Tradeshift's Responses to BuyerQuest's Special Interrogatories, Set One, served on August 10, 2020, and designated Confidential and Highly Confidential – Attorneys Eyes Only.

- Exhibit FF, a document produced by Smucker, bates stamped TJMSC0034689R and designated Confidential.

- Exhibit GG, excerpts of the July 26, 2021 deposition transcript of Jason Barr, designated Confidential.

- Exhibit HH, a document produced by Smucker, bates stamped TJMSC0034689R and designated Confidential.

Pursuant to Local Rule 79-5(e), BuyerQuest concurrently files a declaration establishing why the documents it designated are sealable. BuyerQuest expects that Tradeshift and Smucker will also file corresponding declarations establishing why the documents they designated are sealable. BuyerQuest respectfully requests the Court grant this Motion to Seal.

Respectfully submitted,

Dated: August 4, 2021           GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Craig J. Mariam
Anthony D. Phillips
Eunice J. Liao
Attorneys for Defendant
BUYERQUEST, INC.