1  Craig J. Mariam (SBN: 225280)
   cmariam@grsm.com
2  Anthony D. Phillips (SBN: 259688)
   aphillips@grsm.com
3  Eunice J. Liao (SBN: 330655)
   eliao@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 986-5900
6  Facsimile: (877) 306-0043
   Attorneys for Defendant
7  BUYERQUEST, INC.

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

11  TRADESHIFT, INC., a Delaware corporation,　)　CASE NO. 3:20-cv-01294-RS
                                              )
12                   Plaintiff,               )  **BUYERQUEST, INC.'S**
                                              )  **ADMINISTRATIVE MOTION TO FILE**
13          vs.                               )  **UNDER SEAL EXHIBITS TO**
                                              )  **OPPOSITION TO TRADESHIFT INC.'S**
14  BUYERQUEST, INC., an Ohio corporation,    )  **MOTION FOR SUMMARY**
                                              )  **ADJUDICATION AND TO FILE**
15                   Defendant.               )  **REDACTED MOVING PAPERS**
                                              )
16                                            )  *Declaration of Anthony D. Phillips, and*
                                              )  *[Proposed] Order filed concurrently herewith*
17                                            )
                                              )  Judge: Hon. Richard Seeborg
18                                            )  Courtroom: 3 (17th Floor)
                                              )
19                                            )  Date: Sept. 9, 2021
                                              )  Time: 1:30 p.m.
20                                            )
                                              )  Complaint Filed: February 20, 2020
21                                            )  **Trial: November 1, 2021**

22          Pursuant to Civil Local Rules 79-5 and 7-11, Defendant BuyerQuest, Inc. ("BuyerQuest")

23  hereby moves to file under seal certain exhibits attached to the Declaration of Anthony D. Phillips

24  in support of BuyerQuest's Opposition to Tradeshift, Inc.'s ("Tradeshift") Motion for Summary

25  Adjudication and for leave to file a redacted version of its Opposition that references confidential

26  information contained in the exhibits.

27  ///

28  ///

- 1 -

Pursuant to Local Rule 79-5(e), BuyerQuest seeks to seal documents that have been designated Confidential and or Highly Confidential under the Protective Order in this case including:

- Exhibit A, a document Tradeshift produced, Bates stamped TS_BQ_00031139 and designated Highly Confidential – Attorneys' Eyes Only.
- Exhibit A-1, excerpts of the April 29, 2021 deposition transcript of Sean Norton that involve testimony related to documents designated Confidential and or Highly Confidential – Attorneys' Eyes Only.
- Exhibit B, a document Tradeshift produced, Bates stamped TS_BQ_00004378 – 4411 and designated Confidential.
- Exhibit C, excerpts of the May 12, 2021 deposition transcript of Jason Barr, designated Confidential.
- Exhibit E, a document Tradeshift produced, Bates stamped TS_BQ_00006823-26 and designated Confidential.
- Exhibit F, documents Tradeshift produced, Bates stamped TS_BQ_00008226-8230 and TS_BQ_00007953-7961, designated Confidential.
- Exhibit G, documents produced by Tradeshift, Bates stamped TS_BQ_00000160 and TS_BQ_00000161, designated Confidential.
- Exhibit G-1, excerpts of the May 11, 2021 deposition transcript of Debbie Gillman that involve testimony related to documents designated Confidential.
- Exhibit H, a document Tradeshift produced, Bates stamped TS_BQ_00001648-49 and designated Confidential.
- Exhibit I, a document BuyerQuest produced, Bates stamped BQ000005 and designated Confidential.

///

- Exhibit J, a document Tradeshift produced, Bates stamped TS_BQ_00012541-42 and designated Confidential.

- Exhibit K, a document Tradeshift produced, Bates stamped TS_BQ_00031491 and designated Confidential.

- Exhibit K-1, excerpts of the April 14, 2021 deposition transcript of Dan Roehrs that involve testimony related to documents designated Confidential.

- Exhibit L, a document Tradeshift produced, Bates stamped TS_BQ_00032518-19 and designated Confidential.

- Exhibit M, a document Tradeshift produced, Bates stamped TS_BQ_00032419 and designated Confidential.

- Exhibit N, excerpts of the April 16, 2021 deposition transcript of Luke Batman that involve testimony related to documents designated Confidential.

- Exhibit O, excerpts of the April 20, 2021 deposition transcript of Jack Mulloy that involve testimony related to documents designated Confidential.

- Exhibit P, a document Tradeshift produced, Bates stamped TS_BQ_00032640 and designated Highly Confidential – Attorney's Eyes Only.

- Exhibit Q, excerpts of the May 7, 2021 deposition transcript of Peter Van Pruissen that involve testimony related to documents designated Confidential.

- Exhibit R, excerpts of the July 26, 2021 deposition transcript of Jason Barr, designated Confidential.

- Exhibit S, excerpts of the April 22, 2021 deposition transcript of Dan Utyuzh that involve testimony related to documents designated Confidential.

- Exhibit T, excerpts of the April 8, 2021 deposition transcript of Salman Siddiqui that involve testimony related to documents designated Confidential.

- Exhibit U, a document Tradeshift produced, Bates stamped TS_BQ_00000006-7 and designated Confidential.

- Exhibit V, a document BuyerQuest produced, Bates stamped BQ109122 and designated Confidential.

- Exhibit W. excerpts of the May 5, 2021 deposition transcript of Kyle Muskoff that involve testimony related to documents designated Confidential.

- Exhibit X. excerpts of the May 13, 2021 deposition transcript of Christian Lanng that involve testimony related to documents designated Confidential.

- Exhibit Y, documents BuyerQuest produced, Bates stamped BQ109122, BQ028171, BQ004690, and BQ010871, and designated Confidential.

Pursuant to Local Rule 79-5(e), BuyerQuest concurrently files a declaration establishing why the documents it designated are sealable. BuyerQuest expects that Tradeshift and Smucker will also file corresponding declarations establishing why the documents they designated are sealable. BuyerQuest respectfully requests the Court grant this Motion to Seal.

Respectfully submitted,

Dated: August 19, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: *[signature]*

Craig J. Mariam
Anthony D. Phillips
Eunice J. Liao
Attorneys for Defendant
BUYERQUEST, INC.