UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BUYERQUEST, INC.,<br><br>    Defendant. | Case No. 20-cv-01294-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual further Case Management Conference on November 4, 2021. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

  1.  DISCOVERY.

The parties will meet and confer and submit a stipulation and proposed order on further discovery within two weeks.

  2.  FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **April 14, 2022 at 10:00 a.m.** The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

  3.  PRETRIAL CONFERENCE.

The final pretrial conference will be held on **July 27, 2022 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

  4.  TRIAL DATE.

A jury trial shall commence on **August 8, 2022 at 9:00 a.m.**, in Courtroom 3, 17th Floor,

United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: November 4, 2021

_____
RICHARD SEEBORG
Chief United States District Judge