| 20-cv-1294-RS<br>*Tradeshift v. BuyerQuest* | **ORDER** |

Having considered the positions of the parties and good cause appearing, the Court hereby ORDERS the following modifications to its Case Scheduling Order:

Additional expert discovery shall be permitted only on the topic of damages, to allow for changes in damages based on the amended pleadings.

Each party may file one additional summary judgment motion, limited to the new material in the pleadings. The parties are encouraged to stipulate to a consolidated briefing schedule to combine some of the papers.

The additional fact discovery related to subjects newly alleged in the parties amended pleadings shall be limited as follows:

- Each party may propound no more than 20 additional Document Requests;
- Each party may propound no more than seven (7) additional Interrogatories;
- Each party may propound no more than 10 additional substantive Requests for Admission;
- Each party may seek deposition testimony (supplemental or new) of not more than three (3) witnesses (individual or corporate designee); and

Either party can petition the court for additional discovery, which shall only be granted upon a showing of good cause.

Furthermore, the deadlines for additional discovery shall be modified as follows:

| **Event** | **Proposed Deadline** |
|---|---|
| Additional Written Fact Discovery Cutoff | March 11, 2022 |
| Close of Additional Fact Discovery | April 13, 2022 |
| Case Management Conference | April 14, 2022 at 10:00 am |
| Deadline to File Motion for Summary Judgment on new claims and affirmative defenses | April 29, 2022 |
| *Supplemental Opening Expert Reports* on damages | May 6, 2022 |
| *Supplemental Rebuttal* | May 20, 2022 |

- 1 -    STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES CASE NO. 3:20-cv-1294-RS

| *Expert Reports* | |
| --- | --- |
| *Supplemental Expert Discovery Cutoff* | June 14, 2022 |
| Pretrial Conference | July 27, 2022 at 10:00 am |
| Trial | August 8, 2022 |

**IT IS SO ORDERED.**

Dated:  11/22/2021

_____
RICHARD SEEBORG
United States District Judge