AMY K. VAN ZANT (STATE BAR NO. 197426)
avanzant@orrick.com
JASON K. YU (STATE BAR NO. 274215)
jasonyu@orrick.com
TAMMY SU (STATE BAR NO. 329652)
tsu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

MICHAEL C. CHOW (STATE BAR NO. 273912)
mchow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
Telephone:  +1 949 567 6700
Facsimile:  +1 949 567 6710

OLIVIA CLEMENTS (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd St.
New York, NY 10019
Telephone:  +1 212 506-5000
Facsimile:  +1 212 506-5151

Attorneys for Plaintiff
TRADESHIFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADESHIFT, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BUYERQUEST, INC., an Ohio corporation, <br><br> Defendant. | Case No. 3:20-cv-1294-RS <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); ORDER** <br><br> Hon. Richard Seeborg |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tradeshift, Inc. ("Tradeshift") and

2    Defendant BuyerQuest, Inc. ("BuyerQuest") hereby stipulate that this action, including all claims

3    filed by the parties, shall be dismissed with prejudice, and without costs, expenses, or attorneys'

4    fees being awarded to any party.

5

6    Dated:  March 18, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

7                                              By:    /s/ Amy K. Van Zant

8                                                     AMY K. VAN ZANT (SBN 197426)
                                                      JASON K. YU (SBN 274215)
9                                                     TAMMY SU (SBN 329652)
                                                      1000 Marsh Road
10                                                    Menlo Park, CA  94025-1015
                                                      Telephone:     +1 650 614 7400
11                                                    Facsimile:     +1 650 614 7401

12                                                    MICHAEL C. CHOW (SBN 273912)
                                                      2050 Main Street, Suite 1100
13                                                    Irvine, CA  92614-8255
                                                      Telephone:  +1 949 567 6700
14                                                    Facsimile:  +1 949 567 6710

15                                                    OLIVIA CLEMENTS (*pro hac vice*)
                                                      51 West 52nd St.
16                                                    New York, NY 10019
                                                      Telephone:  +1 212 506-5000
17                                                    Facsimile:  +1 212 506-5151

18                                                    Attorneys for Plaintiff
                                                      TRADESHIFT, INC.
19

20                                             GORDON REES SCULLY MANSUKHANI, LLP

21                                             By:    /s/ Anthony D. Phillips

22                                                    CRAIG J. MARIAM (SBN 225280)
                                                      ANTHONY D. PHILLIPS (SBN 259688)
23                                                    EUNICE J. LIAO (SBN 330655)
                                                      275 Battery Street, Suite 2000
24                                                    San Francisco, CA 94111
                                                      Telephone: (415) 986-5900
25                                                    Facsimile: (877) 306-0043

26                                                    Attorneys for Defendant
                                                      BUYERQUEST, INC.
27

28

                                                                       JOINT STIPULATION OF
                              - 1 -                                     VOLUNTARY DISMISSAL
                                                                       CASE NO. 3:20-CV-1294-RS

5374397.1

1       As the attorney e-filing this document, I, Amy K. Van Zant, attest that counsel for

2  BuyerQuest concurs in the filing of this document and consents to the affixing of his electronic

3  signature on this document.

4

5                                */s/ Amy K. Van Zant*
                                      AMY K. VAN ZANT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF
VOLUNTARY DISMISSAL
Case No. 3:20-cv-1294-RS

1

**ORDER**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    Dated:  March 18, 2022

_____

6                                                    HONORABLE RICHARD SEEBORG

United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28